UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**Lerome Hilson,**

                     **Plaintiff,**

        -v-                                 9:09-CV-1373 (NAM/ATB)

**M. Maltese; Elsenheimer; C. Dinkins; and Ryder,**

                     **Defendants.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Lerome Hilson
05-A-1881
Great Meadow Correctional Facility
Box 51
Comstock, New York  12821
Plaintiff, *pro se*

Hon. Eric T. Schneiderman, Attorney General of the State of New York
Megan M. Brown, Esq., Assistant New York State Attorney
The Capitol
Albany, New York 12224
Attorney for Defendants

**Hon. Norman A. Mordue, U.S. District Judge:**

## MEMORANDUM-DECISION AND ORDER

      Upon referral pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.3(c), United States Magistrate Judge Andrew T. Baxter issued an excellent and thorough Report and Recommendation (Dkt. No. 62) recommending that this Court grant defendants' motion (Dkt. No. 51) for summary judgment dismissing the amended complaint (Dkt. No. 37).  Plaintiff objects (Dkt. No. 64).  Under 28 U.S.C. § 636(b)(1)(C), this Court is required to review *de novo* those parts of a report and recommendation to which a party specifically objects.

      Given the extensive nature of plaintiff's objections, the Court conducts a *de novo* review

of the entire Report and Recommendation. Upon *de novo* review, the Court accepts and adopts the Report and Recommendation in full.

It is therefore

ORDERED that the Report and Recommendation (Dkt. No. 62) is accepted and adopted; and it is further

ORDERED that defendants' motion (Dkt. No. 51) for summary judgment is granted; and it is further

ORDERED that the amended complaint (Dkt. No. 37) is dismissed on the merits and the case is closed; and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York.

IT IS SO ORDERED.

Date:   January 29, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge